IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | **8:20CV456** |
| Petitioner, | |
| vs. | **ORDER TO SHOW CAUSE** |
| ANDERSON EXCAVATING COMPANY, | |
| Respondent. | |

This matter is before the Court on the Application for Order Enforcing Administrative Subpoena Duces Tecum.  (Filing No. 1.)

Having reviewed the matter,

**IT IS ORDERED** that service on Respondent of a copy of this Order to Show Cause and of the Application and supporting documents upon which it is issued, be made on or before December 14, 2020, and that Respondent shall file and serve an answer to the Application no later than January 11, 2020.

**IT IS FURTHER ORDERED** that Respondent shall appear and show cause on January 28, 2021 at 10:00 a.m. in Court Room No. 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis, as to why an Order of this Court should not issue directing it to appear before an agent of the Board at 1015 Half Street, S.E., Washington, DC 20003 on a date certain or at such date and time as the Board shall designate, and then and there produce documents and respond to interrogatories as requested in said subpoenas in connection with the investigation of *Anderson Excavating Company*, Case 14-CA-156092 (8th Cir. No. 17-2516), as set forth in the Application.

**IT IS FURTHER ORDERED** that service of a copy of this Order to Show Cause, the Application and supporting documents, in any manner provided for by the Rules of Civil Procedure for District Courts of the United States, or by registered mail by an agent of Applicant, shall be deemed good and sufficient service, and proof of such service shall be filed with the Court.

Dated this 30th day of November, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge