IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NATIONAL LABOR RELATIONS BOARD,

Petitioner,

vs.

ANDERSON EXCAVATING COMPANY,

Respondent.

8:20CV456

**FINDINGS AND RECOMMENDATION**

This matter is before the Court on Petitioner's Application for Order Enforcing Administrative Subpoena Duces Tecum. (Filing No. 1.) Petitioner requests that Respondent Anderson Excavating Company be ordered to comply with an administrative subpoena duces tecum Petitioner issued and served on Respondent in connection with an investigation of Respondent. (Filing No. 1-7.)

An order to show cause was entered on November 30, 2020 directing Respondent to appear before the undersigned on January 28, 2021 and show cause why an order of this Court should not issue directing it to appear before an agent of the Petitioner at 1015 Half Street, S.E., Washington, DC 20003 and there produce documents and respond to the interrogatories as requested in the subpoena. (Filing No. 6.)

The show cause hearing was held as scheduled on January 28, 2021. Attorney Elliott Becker appeared on behalf of Petitioner via Zoom conferencing.[1] By 10:15 a.m., Respondent had not appeared and the Court went forward with the hearing. As discussed on the record, the day before the hearing, Mr. Becker contacted the Court and advised that Travis Jacott of Adams and Sullivan contacted him on January 27, 2021 and advised and he would be representing Respondent. However, as of the time of the hearing, Mr. Jacott had not entered a written appearance and did not appear for the hearing. Thus, the Court noted on the record that because Mr. Jacott had not entered an appearance, he would not be deemed to be representing Respondent in this matter.

---

[1] Before the hearing, Mr. Becker requested leave to appear via Zoom, which was granted.

The undersigned took judicial of Petitioner's Application and attachments thereto. The undersigned found on the record that Petitioner had shown that (1) the subpoena was issued pursuant to lawful authority; (2) the subpoena was issued for a lawful purpose; (3) the information requested in the subpoena was relevant to the lawful purpose; and (4) the subpoena was reasonable. *See United States v. McDonnel Douglas, Corp.*, 751 F.2d 222, 226 (8th Cir. 1984). Thus, the undersigned advised that she would recommend to Chief United States District Court Judge John Gerrard that Petitioner's Application be granted.

Accordingly,

**IT IS HEREBY RECOMMENDED** to Chief United States District Court Judge John Gerrard that Petitioner's Application for Order Enforcing Administrative Subpoena Duces Tecum (Filing No. 1) be granted and that Respondent be ordered to produce documents and provide written answers to interrogatories in compliance with Subpoena Duces Tecum B-1-17AF9O5.

The Clerk of Court shall send a copy of this Findings and Recommendation to Respondent at its address of record: 1920 Dorcas St., Omaha, NE 68108. If Petitioner's counsel is aware that this address is incorrect or that there is another address that this Findings and Recommendation should be sent, he shall mail a copy of this Findings and Recommendation to that address within seven (7) days and file a certificate of service with the Court.

Dated this 28th day of January, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

**ADMONITION**

A party may object to a magistrate judge's order by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. Failure to timely object may constitute a waiver of any objection.