IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>                    Petitioner,<br><br>vs.<br><br>ANDERSON EXCAVATING COMPANY,<br><br>                    Respondent. | 8:20-CV-456<br><br>ORDER |

This matter is before the Court on the Magistrate Judge's findings and recommendation (filing 10) recommending that the petitioner's motion to compel (filing 1) be granted. There is no objection to the findings and recommendation, and 28 U.S.C. § 636(b)(1) provides for de novo review only when a party objected to the magistrate's findings or recommendations. *See Peretz v. United States*, 501 U.S. 923, 939 (1991). The failure to file an objection eliminates not only the need for de novo review, but *any* review by the Court. *Thomas v. Arn*, 474 U.S. 140, 149-51 (1985); *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009), *see Daley v. Marriott Int'l, Inc.*, 415 F.3d 889, 893 (8th Cir. 2005). Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 10) are adopted.

2. The petitioner's motion to compel (filing 1) is granted.

- 2 -

3. The respondent shall produce documents and provide written answers to interrogatories to the petitioner in compliance with Subpoena Duces Tecum B-1-17AF9O5 on or before March 5, 2021.

4. The Clerk of the Court shall send a copy of this order and the accompanying judgment to the respondent at its address of record: 1920 Dorcas St, Omaha, NE 68108.

Dated this 18th day of February, 2021.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge