IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>vs.<br><br>ANDERSON EXCAVATING COMPANY,<br><br>Respondent. | 8:20CV456<br><br>**ORDER TO SHOW CAUSE** |

Petitioner has filed a motion requesting that Respondent be held in civil contempt (Filing No. 15) for failing to comply with the February 18, 2021 order of this Court ordering Respondent to comply with Subpoena Duces Tecum B-1-17AF9O5.  (Filing No. 12.)  Upon consideration, a hearing will be held regarding whether Respondent should be held in civil contempt for failing to comply with this Court's order.

Accordingly,

**IT IS ORDERED** that Petitioner shall serve a copy of this Order to Show Cause, along with a copy of this Court's February 18, 2021 Order, upon Respondent by **May 11, 2021**. Thereafter, Petitioner shall file a certificate of service showing compliance with this service requirement.

**IT IS FURTHER ORDERED** that Respondent shall appear and show cause, if any there be, on **June 4, 2021 at 11:00 a.m.** in Courtroom No. 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis, as to why an Order of this Court should not issue holding Respondent in civil contempt for failing to comply with this Court's February 18, 2021 order.  Failure to appear for the hearing will result in a recommendation that Respondent by held in civil contempt.

Dated this 27th day of April, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge